81,971-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

APPLICATION FOR LEAVE TO FILE ORIGINAL
PETITION FOR WRIT MANDAMUS

NO. 1343101-B

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

This document contains some
pages that are of poor quality
at the time of imaging.

GREGARY A TURNER SR.          PETITIONER

VS.

STATE OF TEXAS          RESPONDENT

APPLICATION FOR LEAVE TO FILE
PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

GREGARY A TURNER SR. PETITIONER HEREIN
RESPECTFULLY MOVES THIS HONORABLE COURT FOR
LEAVE TO FILE THE ATTACHED PETITION FOR
WRIT OF MANDAMUS.

GREGARY A TURNER SR. PRO-SE
CID. NO. 0805233 RESPECTFULLY SUBMITTED

DATE 10-14-15

PETITION FOR WRIT OF MANDAMUS

## NO. 1343101-A

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

GREGARY A TURNER SR.          PETITIONER
            VS.
THE STATE OF TEXAS           RESPONDENT

PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

GREGARY A TURNER SR. PETITIONER HEREIN COMPLAINING
OF THE HONORABLE JUDGE LOUIS STURNS AND THE
213TH DISTRICT COURT, PETITIONER HEREIN WILL
RESPECTFULLY SHOW THE COURT AS FOLLOWS:

ON OCT 2ND 2013 PETITIONER WAS CONVICTED OF
AGG-ASSAULT Fm. W/WEAPON THEREAFTER FILEING
FOR APPEAL AND SUBMITTING MOTION FOR A TRANSCRIPT
OF THE RECORD AND PERMISSION TO PROCEED ON
APPEAL IN FORMA PAUPERS WITH COUNSEL AND APPLICATION
TO PROCEED IN FORMA PAUPERS WITH AFFIDAVIT OF
INDIGENCE FILED BY THE CLERM OFFICE ON NOV 12TH 2013
THE HONORABLE JUDGE LOUIS STURNS REFUSAL TO SIGN
ORDER HAS DEPRIVED THE PETITIONER HIS PROTECTION
GUARANTEED BY THE XIV AMENDMENT OF THE U.S. CONSTITIONAL
DUE PROCESS AND EQUAL PROTECTION. LEAVING THE PETITIONER
WITH NO ADEQUATE REMEDY AT LAW OTHER THAN A WRIT
OF MANDAMUS IT IS THE LEGAL DUTY OF THE HONORABLE
JUDGE LOUIS STURNS TO RULE ON THIS CAUSE IN A TIMELY FASHION

WHEREFORE PETITIONER PRAYS THAT leave TO FIlE THIS PETITION BE GRANTED AND THAT A WRIT OF MANDAMUS BE ISSUED BY THIS COURT ORDERING AND DIRECTING THE HONORABIE JUDGE LOUIS STUBNS TO MAKE A RUEING ON THIS MATTER

GREGARY A TURNER SA PRO-SE
RESPECTFUILY SUBMITTED

DATE 10-14-15

CAUSE NO.

1349101-R

| GREGARY A. TURNER | IN THE 213TH DISTRICT |
|---|---|
| V | COURT OF |
| THE STATE OF TEXAS | TARRANT COUNTY TEXAS |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

I GREGARY A. TURNER DECLARE, DEPOSE, AND SAY THAT I AM THE PETITIONER IN THE ABOVE ENTITIED CASE. IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PAY FILING FEES, COST OR GIVE SECURITY THEREFORE. I STATE THAT BECAUSE OF MY MONTHLY INCOME POVERTY AND THAT I AM A INDIGENT PRISONER. I AM UNABLE TO PAY THE FILING FEE FOR SAID PROCEEDING OR TO GIVE SECURITY FOR THE FILING LEGALLY I AM ENTITIED TO RELIEF UNDER THE CONSTITUTIONAL RIGHTS OF AN INDIGENT PRISONER.

I FURTHER DECLARE THAT THE RESPONSES WHICH I HAVE MADE TO QUESTIONS AND INSTRUCTIONS BELOW ARE TRUE.

CAUSE NO.

1343101-R

GREGARY A. TURNER                    IN THE 213TH DISTRICT

V.                                         COURT OF

THE STATE OF TEXAS               TARRANT COUNTY TEXAS


WITHIN THE PAST 12 MONTHS I HAVE NOT RECIEVED ANY
MONEY FROM THE FOLLOWING SOURCES


(A)  BUSINESS, PROFESSION OR FORM/SELF EMPLOYMENT
(B)  RENT PAYMENTS, INTEREST, OR DIVIDENDS
(C)  PENSIONS, ANNUITIES OR LIFE INSURANCE
(D)  GIFTS, OR INHERITANCES
(E)  FAMILY OR FRIENDS
(F)  ANY OTHER SOURCES


I DO NOT OWN CASH OR DO NOT HAVE MONEY IN CHECKING
OR SAVING ACCOUNT, INCLUDING ANY FUNDS IN PRISON
ACCOUNT IN WHICH TO PAY ANY FILING FEES OR COURT COST


I DO NOT OWN ANY REAL ESTATE STOCKS BONDS
NOTES AUTOMOBILES OR OTHER VALUABLE PROPERTY


Gregary A. Turner
RESPECTFULLY SIGNED
GREGARY A. TURNER
100 N. TAMAR ST
FT. WORTH TEXAS 76196

                                        0805233

9-24-15                              INMATE CID NO.

DATE

# INABILITY TO PAY COST

GREGARY A. TURNER
PETITIONER PRO-SE

TARRANT COUNTY JAIL                          CAUSE NO.
PLACE OF CONFINEMENT                         1343101-R

I GREGARY A. TURNER
PETITIONER PRO-SE, DECLARE, DEPOSE AND SAY THAT I AM
THE PETITIONER IN THE ABOVE ENTITLED CASE IN SUPPORT
OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED
TO REPAY COPYING FEES, COST OR GIVE SECURITY THEREFORE
I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO
PAY ANY FEES FOR COPIES FOR SAID PROCEEDING I AM LEGALLY
ENTITLED TO RELIEF.

I HAVE NOT RECIEVED WITHIN THE PAST 12 MONTHS ANY MONEY
FROM ANY OF THE FOLLOWING SOURCES
(1) RENT PAYMENTS, INTEREST
(2) PENSIONS, ANNUITIES
(3) GIFTS OR INHERITANCES
(4) FAMILY OR FRIENDS
(5) ANY OTHER SOURCES

                                             9-24-13
                                             DATE

Gregary a. Turner SR.
RESPECTFULLY SIGNED
GREGARY A. TURNER
100 N. LAMAR ST.                             0805233
FT. WORTH TEXAS                              INMATE CID NO.
76196

CAUSE NO.
1343101-R

| GREGARY A. TURNER | IN THE 213th DISTRICT |
| V | COURT OF |
| THE STATE OF TEXAS | TARRANT COUNTY TEXAS |

PETITIONERS MOTION FOR A TRANSCRIPT OF THE RECORD
AND FOR PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS

TO THE HONORABLE JUDGE louis STURNS AND THE 213th DISTRICT COURT

COMES NOW PETITIONER PRO-SE GREGARY A. TURNER HEREIN AND
PETITIONS THE COURT TO ORDER THE OFFICAL COURT REPORTER TO
PREPARE A STATEMENT OF FACTS IN QUESTION AND ANSWER FORM
FOR THE SAID PETITIONER TO BE USED ON APPEAL OF CONVICTION IN
THE ABOVE ENTITIED AND NUMBERED CAUSE TO THE TEXAS COURT
OF CRIMINAL APPEALS WITHOUT COST TO THE SAID PETITIONER
AND IN FORMA PAUPERIS, IN SUPPORT OF THIS PETITION THE
PETITIONER-PRO-SE WOULD SHOW UNTO THE COURT THE Following.

# CAUSE NO.
## 1343101-R

| | |
|---|---|
| GREGARY A. TURNER | IN THE 213TH DISTRICT |
| V | COURT OF |
| THE STATE OF TEXAS | TARRANT COUNTY TEXAS |

## I

THE PETITIONER WAS TRIED FOR THE FELONY OFFENSE OF AGG-ASSAULT ON OCT. 2ND 2013 PUNISHMENT WAS ASSESSED AT (7) SEVEN YEARS NOTICE OF APPEAL FROM THE CONVICTION TO THE TEXAS COURT OF CRIMINAL APPEAL WAS GIVEN OCT 2ND 2013

## II

THE PETITIONER-PRO-SE FINDS THAT A COPIE OF THE TRANSCRIPT NECESSARY FOR ADEQUATE DEFENSE ON APPEALS CAUSE. THE THE REPORTER SHOUD BE REQUIRED TO PREPARE A COPIE OF THE ORIGNAL STATEMENTS OF FACTS AND THE RECORD AND MAKE THEM AVAILABLE TO THE PETITIONER-PRO-SE IN A TIMELY FASHION AT NO COST TO THE PETITIONER-PRO-SE

WHEREFORE THE PETITIONER-PRO-SE PRAYS THAT THE COURT WILL GRANT THE PETITIONER-PRO-SE MOTION REQUIRING THE OFFICAL COURT REPORTER OF THE COURT TO TRANSCRIBE THE TESTIMONY OF THE EVIDENCE ADDUCED AT THE TRIAL TOGETHER WITH THE MOTIONS MADE AND DICTATED TO THE COURT REPORTER THE ARGUMENTS OF ALL ATTORNEY'S FOR BOTH SIDES THE VOIR-DIRE EXAMINATION OF THE JURY PANEL AND ALL PRETRIAL HEARINGS CONDUCTED IN THIS CASE AS WELL AS THE TESTIMONY TAKEN ON THE HEARING ON THE PETITIONER MOTION FOR A NEW TRIAL AND TO MAKE ONE COPIE OF THE ORIGNAL WITHOUT COST TO THE PETITIONER PRO-SE

RESPECTFULY SUBMITED

ON THIS THE 24th DAY OF SEPT 2015

*Gregary A. Turner SR*
GREGARY A. TURNER SR.
0805233
100 N. LAMAR ST
FT WORTH TX 76196

CAUSE NO.
1343101-R

GREGARY A. TURNER                          IN THE 213TH DISTRICT

V                                          COURT OF

THE STATE OF TEXAS                         TARRANT COUNTY TEXAS


## ORDER

ON THIS THE _____ DAY OF _____ 2015 THE FOREGOING MOTION HAVING BEEN PRESENTED TO THE COURT HAVING CONSIDERED SAID MOTION HEARBY FINDS THAT THE MOTION BE GRANTED/DENIED AND ORDER AS FOLLOWS:


_____
HONORABLE JUDGE PRESIDING

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



02 1R      $ 00.26⁵
0006557458   AUG 25 2014
MAILED FROM ZIP CODE 78701

**8/20/2014**
**TURNER, GREGARY A    Tr. Ct. No. 1343101-R           WR-81,971-01**

On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

GREGARY A TURNER
TARRANT COUNTY JAIL - TDC # 805233
100 N. LAMAR
FORT WORTH, TX  76102

76102

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



02 1R      $ 00.00⁰
0006557458   AUG 26 2014
MAILED FROM ZIP CODE 78701

CAUSE 1343101-R